UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 11 |
| JOY KIDDIE SHOPS, INC., | : | CASE #11-13126 |
| Debtor. | : | APPLICATION FOR RETENTION OF PROFESSIONAL |
| | : | *(Attorney For Debtor)* |

Applicant, Joy Kiddie Shops, Inc., states:

1. Debtor herein, Joy Kiddie Shops, Inc., filed a Chapter 11 Bankruptcy Petition on April 19, 2011.

2. Applicant, Joy Kiddie Shops, Inc. seeks to retain Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC as *Attorney for Debtor* to represent debtor in this matter.

3. The employment of Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC as *Attorney for Debtor* is necessary because debtor will need representation in the Chapter 11 process.

4. Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC has been selected because he has considerable experience in matters of this nature and is well qualified.

5. The professional services to be rendered are as follows:

to provide legal advice regarding the duties and powers to continue operation and management of business, to prepare necessary legal documents, and to provide other necessary legal services regarding debtor's Chapter 11 case.

6. The proposed arrangement for compensation is as follows:

Debtor is to employ this attorney under general retainer agreement.

7. To the best of our knowledge, the professional's connection with the debtor, creditors, and other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

☒ None

8. To the best of our knowledge, the professional (check all that apply)

☒ does not hold an adverse interest to the estate.

☒ does not represent an adverse interest to the estate.

☒ is a disinterested person under 11 U.S.C.§101(14).

☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he will be retained under 11 U.S.C.§327(e).

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: n/a

Wherefore, it is respectfully requested that debtor be authorized to employ Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC as *Attorney for Debtor* to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

JOY KIDDIE SHOPS, INC., Debtor

By: /s/ Mark Gordon
MARK GORDON, President

DATED:     April 18, 2011

Robert N. Braverman, Esquire (ID 38312)
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1515 Market Street, 15th Floor
Phila., PA 19102
(215) 928-9199
Attorneys For Debtor