B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Joy Kiddie Shops, Inc.**

Case No. _____

Debtor(s)

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| 7710 Mall at Montgomeryville LP<br>PNC Bank<br>P.O. Box 82-9425<br>Philadelphia, PA 19185-9425 | 7710 Mall at Montgomeryville LP<br>PNC Bank<br>P.O. Box 82-9425<br>Philadelphia, PA 19185-9425 | | | 9,328.94 |
| Barry Manufacturing Company<br>Bubier Street<br>Lynn, MA 01901 | Barry Manufacturing Company<br>Bubier Street<br>Lynn, MA 01901 | | | 20,297.50 |
| Crocs Inc.<br>6328 Monarch Park Place<br>Niwot, CO 80503 | Crocs Inc.<br>6328 Monarch Park Place<br>Niwot, CO 80503 | | | 15,489.38 |
| David Halpern c/o Modest Design<br>326 Wythe Avenue<br>Brooklyn, NY 11211 | David Halpern c/o Modest Design<br>326 Wythe Avenue<br>Brooklyn, NY 11211 | | | 12,500.00 |
| Decker Outdoor<br>P.O. Box 6367<br>Santa Barbara, CA 93160 | Decker Outdoor<br>P.O. Box 6367<br>Santa Barbara, CA 93160 | | | 69,392.00 |
| Federal Express (FEDEX)<br>US Collections<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | Federal Express (FEDEX)<br>US Collections<br>P.O. Box 371461<br>Pittsburgh, PA 15250-7461 | | | 7,420.28 |
| Geox<br>333 Thornall Street<br>Edison, NJ 08837 | Geox<br>333 Thornall Street<br>Edison, NJ 08837 | | | 9,975.98 |
| Howard Sachs<br>110 Erdenheim Road<br>Glenside, PA 19038 | Howard Sachs<br>110 Erdenheim Road<br>Glenside, PA 19038 | | | 40,000.00 |
| Keen Inc.<br>926 NW 13th Avenue, Suite 210<br>Portland, OR 97209 | Keen Inc.<br>926 NW 13th Avenue, Suite 210<br>Portland, OR 97209 | | Disputed | 13,000.00 |
| Lelli Kelly Inc.<br>Herzfeld Rubin<br>125 Broad Street<br>New York, NY 10004 | Lelli Kelly Inc.<br>Herzfeld Rubin<br>125 Broad Street<br>New York, NY 10004 | | | 7,181.25 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Joy Kiddie Shops, Inc.**                                        Case No.                 

                       Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Mark Gordon<br>471 S. Silver Bell Lane<br>Lafayette Hill, PA 19444 | Mark Gordon<br>471 S. Silver Bell Lane<br>Lafayette Hill, PA 19444 | | | 40,000.00 |
| Nike USA Inc.<br>7932 Collection Center Drive<br>Chicago, IL 60693 | Nike USA Inc.<br>7932 Collection Center Drive<br>Chicago, IL 60693 | | | 86,642.99 |
| Robert Halpern<br>1000 Langley Cove<br>Lake Mary, FL 32746 | Robert Halpern<br>1000 Langley Cove<br>Lake Mary, FL 32746 | | | 12,500.00 |
| Sketchers<br>228 Manhattan Beach Blvd.<br>Manhattan Beach, CA 90266 | Sketchers<br>228 Manhattan Beach Blvd.<br>Manhattan Beach, CA 90266 | | | 11,752.82 |
| Stride Rite Corp<br>191 Spring Street<br>Lexington, MA 02420 | Stride Rite Corp<br>191 Spring Street<br>Lexington, MA 02420 | | | 91,270.25 |
| Stuart Gordon<br>1180 Camp Hill Road<br>Fort Washington, PA 19034 | Stuart Gordon<br>1180 Camp Hill Road<br>Fort Washington, PA 19034 | | | 40,000.00 |
| TD Bank NA<br>RE - Harrisburg Mall<br>P.O. Box 9500-3625<br>Philadelphia, PA 19195-0001 | TD Bank NA<br>RE - Harrisburg Mall<br>P.O. Box 9500-3625<br>Philadelphia, PA 19195-0001 | | | 6,518.00 |
| Thor Cheltenham Mall LP<br>P.O. Box 712514<br>Cincinnati, OH 45271-2514 | Thor Cheltenham Mall LP<br>P.O. Box 712514<br>Cincinnati, OH 45271-2514 | | | 19,310.00 |
| Trimfoot Co. LLC<br>115 Trimfoot Terrace<br>Farmington, MO 63640 | Trimfoot Co. LLC<br>115 Trimfoot Terrace<br>Farmington, MO 63640 | | | 11,921.94 |
| Weyco UMI<br>333 W. Estabrook Blvd<br>Milwaukee, WI 53212 | Weyco UMI<br>333 W. Estabrook Blvd<br>Milwaukee, WI 53212 | | | 5,462.23 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 19, 2011**                 Signature   **/s/ Mark Gordon**
                                                      **Mark Gordon**
                                                         **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.